FILED _____ MC \_\_\_ D.C.

Feb 11, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**20-20074-CR-COOKE/GOODMAN**
Case No. _____
21 U.S.C. § 963
21 U.S.C. § 959(c)(2)
21 U.S.C. § 853
21 U.S.C. § 970

UNITED STATES OF AMERICA

vs.

**ALDO LOPEZ MATIENZO, and
MIGUEL ANGEL BLASQUEZ VALLEJOS,**

        **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or around January 2020, the exact date being unknown to the Grand Jury, and continuing until January 28, 2020, in the countries of Bolivia, Argentina, Mexico and elsewhere, the defendants,

**ALDO LOPEZ MATIENZO, and
MIGUEL ANGEL BLASQUEZ VALLEJOS,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(c)(2); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them,

is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

On or about January 28, 2020, in the countries of Bolivia, Argentina, Mexico, and elsewhere, the defendants,

**ALDO LOPEZ MATIENZO, and
MIGUEL ANGEL BLASQUEZ VALLEJOS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, on board an aircraft registered in the United States, in violation of Title 21, United States Code, Sections 959(c)(2), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **ALDO LOPEZ MATIENZO and MIGUEL ANGEL BLASQUEZ VALLEJOS** have an interest.

2. Upon conviction of any violations alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly,

as the result of such violation and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 907.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALDO LOPEZ MATIENZO and
MIGUEL ANGEL BLASQUEZ VALLEJOS
_____Defendants._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)      Yes ___  No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days    ✓              Petty    ___
   II   6 to 10 days   ___            Minor    ___
   III  11 to 20 days  ___            Misdem.  ___
   IV   21 to 60 days  ___            Felony   ✓
   V    61 days and over ___

6. Has this case previously been filed in this District Court?    (Yes or No)  No
   If yes: Judge                                                   Case No.
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)  No
   If yes: Magistrate Case No.
   Related miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
Andrea Goldbarg
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502556

*Penalty Sheet(s) attached                                                      REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ALDO LOPEZ MATIENZO</u>

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine Aboard a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:**     Life Imprisonment

Count #: 2

Possession with Intent to Distribute Cocaine Aboard a United States Registered Aircraft

Title 21, United States Code, Section 959(c)

**\*Max. Penalty:**     Life Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MIGUEL ANGEL BLASQUEZ VALLEJOS

Count #: 1

Conspiracy to Possess with Intent to Distribute Cocaine Aboard a United States Registered Aircraft

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Possession with Intent to Distribute Cocaine Aboard a United States Registered Aircraft

Title 21, United States Code, Section 959(c)

**\*Max. Penalty:**   Life Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.